IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. ~~04-2715~~-D  05-20132 |
| DAVID ALANIS and RICHARD ESTEVANES, | ) ) ) |
| Defendants. | ) ) ) |

## ORDER

It appearing that Defendants have been released on bond, the Court hereby orders Defendants to appear in this Court on May 19, 2005 at 9:00 a.m. for a report.

**IT IS SO ORDERED** this ___26___ day of April, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  4-28-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CR-20132 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

---

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT