FILED BY _____ D.C.

05 MAY 10 PM 2: 35

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

# UNITED STATES DISTRICT COURT
## Western District of Tennessee

| | | |
|---|---|---|
| Robert R. Di Trolio | Memphis | 901-495-1200 |
| Clerk of Court | Fax | 901-495-1250 |
| | Jackson | 901-427-6586 |
| | Fax | 901-427-9210 |

DATE: May 21, 2004

NOTICE TO ALL PARTIES

RE:   CRIMINAL CASE NO.   05-20132
      UNITED STATES OF AMERICA vs. DAVID ALANIS AND RICHARD ESTEVANES

____ RULE 20 (Consent to Transfer of Case for Plea and Sentence)

_XX_ RULE 40 TRANSFER

Following documents received from SOUTHER DISTRICT OF TEXAS (1)Initial Appearance (2)Notice of Appearance (3)(2)Order of Temporary Commitment (4)Identity and Detention Hearing (5)(2) Waiver or Rule 40 Hearings (6)Affidavit of Ownership of Security of Appearance Bond (f/-01) (7)Original Appearance Bond and Order Setting Conditions (f/01) (8)Affidavit of Ownership of Security of Appearance Bond (f/02) (9) Original Appearance Bond and Order Setting Conditions (f/02). Please refer to document #8 in the case record.

                              Sincerely,

                              ROBERT R. Di TROLIO,
                              Clerk of Court

                         BY: _____
This document entered on the docket sheet in compliance    Deputy Clerk
with Rule 55 and/or 32(b) FRCrP on  5-10-05

9

cc: Mag. Judge Casemgr.


242 Federal Building                                            101 Federal Building
167 North Main Street                                       109 South Highland Avenue
Memphis, Tennessee 38103                                     Jackson, Tennessee 38301

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CR-20132 was distributed by fax, mail, or direct printing on May 10, 2005 to the parties listed.

---

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT