IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 24 PM 12: 09

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § | CR. NO. 05-20132 D<br>21 U.S.C. § 846 |
| DAVID ALANIS | § | |

## ORDER

On the 23 day of May, 2005 came to be heard the "Motion to Withdraw As Counsel" of attorney **CRISPIN (C.J.) QUINTANILLA, III,** and it appears to the Court that this motion should be:

GRANTED: ✓ .        DENIED: _____ .

**IT IS THEREFORE ORDERED** that attorney **CRISPIN (C.J.) QUINTANILLA, III,** be hereby released and removed as Attorney of Record for defendant **DAVID ALANIS**

SIGNED ON THIS the 23 day of May, 2005.

_____
PRESIDING JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-24-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:05-CR-20132 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

Larry E. Copeland
OZMENT COPELAND & HAYS
138 N. Third St.
2nd Floor
Memphis, TN 38103

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Richardo L. Salinas
2011 North Conway
Mission, TX 78572

Honorable Bernice Donald
US DISTRICT COURT