IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

V.                                                                CR. NO. 05-20132 D/V

DAVID ALANIS,

    Defendants,

## MOTION FOR CONTINUANCE AND TO EXCLUDE DEFENDANT'S PRESENCE

Comes now the defendant, by and through his undersigned counsel(s) of record and respectfully requests this Honorable Court to issue an order both continuing this matter to another report setting and excusing his presence from the next hearing and for good cause states:

1. This case is also connected to another conspiracy case from the Western District Court of Texas.

2. In that record, co-counsel for the Defendant as indicated that these case(s) may be able to be settled by a plea if matters can be worked in conjunction with one another.

3. Defendant would request a reset of this case for (60) sixty days in an attempt to settle both matters. Ms. Lorraine Craig, Assistant United States Attorney has agreed to this continuance.

**MOTION GRANTED**
DATE: 7-22-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____


4. Defendant also request this Honorable Court to excuse his presence as he is wanting to be with his family and home during Hurricane Emily and any potential damage, repair, or clean up that needs to be done.

Wherefore premises considered, Defendant request this Honorable Court to issue an Order both continuing his case for (60) sixty days and excusing his presence.

Respectfully submitted,

Ricardo L. Salinas
Bar No. 00796421
2011 N. Conway
Mission, TX 78572
(956) 584-3900
(956) 580-9688 facsimile

Larry E. Copeland, Jr.
Bar No. 018600
138 N. Third
Memphis, TN 38103
(901) 525-4357
(901) 888-6826

## CERTIFICATE OF SERVICE

I, Larry E. Copeland, Jr., hereby certify that a true and exact copy of the foregoing has been __X__ hand delivered, _____ mailed postage prepaid, to the Assistant U.S. Attorney, 167 N. Main Street, Memphis, TN, this _19_ day of _July_, 2005.

Larry E. Copeland, Jr.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:05-CR-20132 was distributed by fax, mail, or direct printing on July 28, 2005 to the parties listed.

---

Larry E. Copeland
OZMENT COPELAND & HAYS
138 N. Third St.
2nd Floor
Memphis, TN 38103

Richardo L. Salinas
2011 North Conway
Mission, TX 78572

Charles A. Banker
118 West Pecan Blvd.
McAllen, TX 78501

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT