FILED BY ___ D.C.

05 NOV 16 PM 4: 12

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENESSEE
WESTERN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | |
| | § | CRIMINAL NO. |
| | § | C-05-20132-D |
| DAVID ALANIS | § | |

## ORDER

ON THIS DAY came to be considered the foregoing Motion for Extension and after due consideration it is hereby:

**GRANTED**   DENIED

SIGNED ON this the __16__ day of __November__, 2005

_____
JUDGE PRESIDING

cc:  Ricardo L. Salinas, 2011 N. Conway, Mission Texas 78572
Larry Copeland, 138 N. Third St. 2nd Floor, Memphis TN 38103
Lorraine Craig, 167 N. Main St. Ste 800, Memphis, TN 38103

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __11-17-05__

(48)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:05-CR-20132 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Richardo L. Salinas
2011 North Conway
Mission, TX 78572

Larry E. Copeland
OZMENT COPELAND & HAYS
138 N. Third St.
2nd Floor
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT