IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 12 AM 7:33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL NO. |
| | § | C-05-20132-D |
| DAVID ALANIS | § | |

## ORDER

**ON THIS DAY** came to be considered the foregoing Motion for Extension and after due consideration it is hereby:

**GRANTED**          DENIED

SIGNED ON this the __9th__ day of __December__, 2005

_____
JUDGE PRESIDING

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __12/13/05__

cc:  Ricardo L. Salinas, 2011 N. Conway, Mission Texas 78572
     Larry Copeland, 138 N. Third St. 2nd Floor, Memphis TN 38103
     Lorraine Craig, 167 N. Main St. Ste 800, Memphis, TN 38103



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:05-CR-20132 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Charles A. Banker
118 West Pecan Blvd.
McAllen, TX 78501

Richardo L. Salinas
2011 North Conway
Mission, TX 78572

Larry E. Copeland
OZMENT COPELAND & HAYS
138 N. Third St.
2nd Floor
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT